UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     vs.<br><br>SANTIAGO PANTOJA,<br><br>                Defendant. | CASE NO. 09CR1815-W<br><br>**JUDGMENT OF DISMISSAL** |

FILED
JUL - 6 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) of: 8 USC 1326(a) AND (b).

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 7/6/09

                                      THOMAS J. WHELAN
                                      UNITED STATES DISTRICT JUDGE